**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

MARTIN MAGANA MARTINEZ, an individual; and MARIA DOLORES REYES HERNANDEZ, an individual,

Plaintiffs,

v.

NISSAN NORTH AMERICA, INC.; and DOES 1 through 10, inclusive,

Defendants.

Case No.: 2:25-cv-03299-MRA-E

*Honorable Monica Ramirez Almadani*

**ORDER OF DISMISSAL WITH PREJUDICE**

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

Based on the stipulation of the Parties, and good cause appearing therefore, the stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice.

**IT IS SO ORDERED.**

DATE: October 5, 2026

Hon. Monica Ramirez Almadani
UNITED STATES DISTRICT JUDGE